

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2015

No. 04-15-00335-CR

**IN RE** Roland S. **PERKINS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Rebeca C. Martinez, Justice

On June 1, 2015, relator filed a pro se petition for writ of mandamus and judgment nunc pro tunc. The court has determined it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on June 5, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012CR5082, styled *The State of Texas v. Ronald S. Perkins*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Lorina Rummel presiding.